**PROMISSORY NOTE & DISCLOSURE STATEMENT**
Guaranteed Student Loan Program

Principal Amount $ **2500**     Prepaid Finance Charge $ **35.42**     Amount Financed **2464.58**

Date on which Prepaid Finance Charge begins to accrue: **4-22-80**

**ANNUAL PERCENTAGE RATE**   A) Prior to beginning of repayment period **1** %
                            B) During repayment period **7** %

The undersigned, **GREGORY N. NEWBERRY**, hereinafter called the "maker," promises to pay to the order of **Higher Education Loan Program of Washington D.C. Inc.**, hereinafter called the "lender," at its office located at **1001 Connecticut Ave. NW**, the sum of $ **2500**, or such lesser amount as may actually be owing, with interest on the unpaid principal balance at the rate of SEVEN PERCENT (7%) per annum...

[remainder of form text illegible]

**349933**

**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**
Pvt

Address: **1500 KENILWORTH AVE. NE, Wash., D.C. 20019**
Date: **3/19/80**



PLAINTIFF'S EXHIBIT A