AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

GREGORY N. NEWBERRY
38230 WALTER CT.
CHARLOTTE HALL, MD 20622

CASE NUMBER: 1:06CV00410 JGP

TO: (Name and address of Defendant)

GREGORY N. NEWBERRY
38230 WALTER CT.
CHARLOTTE HALL, MD 20622
SSN XXX XX 1908

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Mauro
1020 19th St., N.W.
Suite 400
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

AUG 17 2007

CLERK

DATE

Jackie Irene

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/8/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Mark Bridwell | Private Process Serv |

_Check one box below to indicate appropriate method of service_

[X] Served personally upon the defendant. Place where served: 38230 Walter Ct Charlotte Hall, Md 20622

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | Service of Process | 31.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/8/07
          Date                    Signature of Server

Address of Server: 3627 Harbor Rd Chesapeake Beach, Md 20732

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.