UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : Civil Action No. 06cv00410 (DAR) <br> v. : <br> : **Next Event - Status Hearing 3/14/08** <br> GREGORY N. NEWBERRY : Courtroom No. 4 <br> : <br> Defendant. : | |

## PLAINTIFF'S STATUS REPORT TO THE COURT

In response to the Court's Order of March 3, 2008, Plaintiff, United States of America, through its counsel, Thomas A. Mauro, hereby files this Status Report. Preliminarily, Plaintiff wishes to inform the Court that in response to the Court's requirement that the parties file a Joint Status Report, Plaintiff counsel's office called the defendant at 301 651 2228 on Friday, March 7, 2008, and left an urgent message that the defendant call counsel for the Plaintiff about this case. The Defendant, as of this writing, has not returned the telephone call. Accordingly, Plaintiff files this Status Report unilaterally.

This case was filed on March 7, 2006 (Document # 1). It is before the Court on a student loan debt owed by the Defendant to the United States Department of Education.

After the Summons was reissued by the Clerk the Defendant was served with the Summons and Complaint on September 8, 2007 (Document # 5), but he failed to answer or respond.

The Clerk entered a Default on October 29, 2007 (Document # 7), and on November 16, 2007, Plaintiff moved for the entry of a default judgment (Document # 8). The Defendant has not responded to the Motion.

Since the Defendant has not responded to the Plaintiff's Motion for Entry of Default of

1

November 16, 2007, we believe the Court can now grant the Motion for Entry of Default Judgment, and we ask the Court to do so. Defendant is currently indebted to the Government in the amount of $8.169.44.

Respectfully Submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro
Attorney for the United States of America

1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

Gregory N. Newberry
28230 Walter Court
Charlotte Hall, MD. 20622

this 10th day of March, 2008.

/s/ Thomas A. Mauro
Thomas A. Mauro