UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 06cv00410 (DAR) |
| v. : | |
| : | |
| GREGORY N. NEWBERRY : | |
| : | |
| Defendant. : | |

## PLAINTIFF'S MEMORANDUM TO THE COURT AND REQUEST FOR ENTRY OF DEFAULT JUDGMENT

The United States of America, through its counsel Thomas A. Mauro, hereby files this memorandum to the Court following the Status Conference in this case held by the Court on March 14, 2008, and the Court's Minute Entry of March 17, 2008.

There is pending before the Court Plaintiff's Motion for entry of default judgment filed on November 16, 2007. No Opposition was filed.

The Defendant did not appear at the Status Conference on March 14, 2008. Counsel for the Government, however, spoke to the Defendant by telephone from the Courtroom on March 14 and reported to the Court that the Defendant opposed the entry of judgment. The Defendant understood that a writing opposing entry of judgment in response to the Government's November 16, 2007, motion was required to be filed.. He agreed to do so by March 28 and to send a copy of his writing to the Government's counsel. The Government was to file its Reply to the Defendant's Opposition by April 4, 2008.

The Government has not been served a copy of an Opposition from the Defendant. In addition, the docket entries in the case indicate that no Opposition has been filed to the Plaintiff's November 16, 2007, Motion for Entry of Default Judgment (Document No. 8).

1

The Court has given the Defendant every opportunity to respond to the Government's request for entry of default judgment in this case and he has not done so. Accordingly, the Government asks that default judgment be entered. Plaintiff notes that the Order proposed in the Plaintiff's November 16, 2007, Motion remains correct and requests the Court to enter the Order as proposed.

Respectfully Submitted,

 /s/  
Thomas A. Mauro, Bar. No. 184515  
Attorney for the United States of America

1020 19th Street, N.W., Suite 400  
Washington, D.C. 20036  
PH: (202) 452-9865

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, first class mail, postage prepaid t:

Mr. Gregory N. Newberry  
28230 Walter Court  
Charlotte Hall, MD. 20622

on 8th day of April, 2008.

Thomas A. Mauro