UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06cv00410 (DAR) |
| v. | : | |
| | : | |
| GREGORY N. NEWBERRY | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S STATUS REPORT TO THE COURT**

The Court has issued an Order for the parties to file a status report by September 2, 2008, Plaintiff files this updated Status Report.

This case is before the Court on a student loan debt owed by the Defendant to the United States Department of Education.

The defendant has failed to respond to the Plaintiff's Motion for a Default Judgment and has also, failed to respond to the Courts Order of June 30, 2008, in which the Defendant was Ordered ro respond to the Plaintiff's Motion before July 21, 2008, or the Plaintiff's Motion for Default Judgment will treated as conceded and Judgement entered in favor of the Plaintiff.

The Attorney for the Government informs the Court that the defendant, has not been in contact with Counsel to resolve this matter. Nor has he responded to the Courts June 30, 2008, Order. Accordingly, Plaintiff asks that the pending Motion for a Default Judgment be entered in this case

Respectfully Submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro, Bar 184515
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

Gregory N. Newberry
28230 Walter Court
Charlotte Hall, MD 20622

this 2nd day of September, 2008.

                                                       /s/ Thomas A. Mauro
                                                          Thomas A. Mauro